[Cite as *In re D.K.*, 2020-Ohio-3840.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

FAYETTE COUNTY

|  |  |  |
|---|---|---|
| IN RE: | : | |
| D.K. | : | CASE NOS. CA2020-02-002<br>CA2020-02-004 |
| | : | |
| | : | D E C I S I O N<br>7/27/2020 |
| | : | |
| | : | |

APPEAL FROM FAYETTE COUNTY COURT OF COMMON PLEAS
JUVENILE DIVISION
Case No. AND20190495

Jess C. Weade, Fayette County Prosecuting Attorney, 110 E. Court St., 1st Floor, Washington, C.H., Ohio 43260, for appellee

Steven H. Eckstein, 1208 Bramble Ave., Washington C.H., Ohio 43160, for appellants

**Per Curiam.**

{¶1} This cause came on to be considered upon a notice of appeal filed by appellants, Mother and Father, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Fayette County Court of Common Pleas, Juvenile Division, and upon the brief filed by appellants' counsel.

{¶2} Appellants' counsel has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicates that a careful review of the record from the proceedings below fails to disclose any errors by the trial court

prejudicial to the rights of appellants upon which an assignment of error may be predicated; (2) lists one potential error "that might arguably support the appeal," *Anders*, at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellants' constitutional rights; (4) requests permission to withdraw as counsel for appellants on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellants.

**{¶3}** Having allowed appellants sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellants' rights in the proceedings in the trial court. The motion of counsel for appellants requesting to withdraw as counsel is granted, and this appeal is dismissed for the reason that it is wholly frivolous.

HENDRICKSON, P.J., S. POWELL and RINGLAND, JJ., concur.